| | | | |
|---|---|---|---|
| | AUSA: Kevin Mulcahy | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Laura Trainer | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.
Sean McClanahan

Case No.  Case: 2:21−mj−30059
Assigned To : Unassigned
Assign. Date : 2/3/2021
USA V. MCCLANAHAN (CMP)(CMC)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 2020 through present____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(B) | Receipt, distribution, and possession of child pornography. |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Laura L. Trainer, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 3, 2021__

City and state: __Detroit, Michigan__

_____
*Judge's signature*

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Laura Trainer, being first duly sworn, state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent for HSI since March 2007 and am currently assigned to the Cyber Crimes Group. While employed as a Special Agent by HSI, I have assisted with investigations related to child exploitation and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. In June 2019, I successfully completed the International Crimes Against Children (ICAC) Undercover Chatting Investigations training held in Fairfax, Virginia. In August 2020, I attended the Crimes Against Children Conference hosted virtually by the Dallas Children's Advocacy Center.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Sean MCCLANAHAN** for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(b), which

1

      criminalize, among other things, the possession, receipt, and distribution of child pornography and other related materials.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for **Sean MCCLANAHAN**.

4. Pursuant to the provisions of Title 18, United States Code, section 2256, "child pornography," as used in this affidavit, includes any visual depiction, including any photograph, film, video, picture, or computer generated image or picture of sexually explicit conduct where the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct.

5. "Mega" is a cloud storage and file hosting service produced by Mega.nz. The New Zealand-based website was launched on January 2013. Mega

mobile apps are available for Windows Phone, Android, BlackBerry 10 and iOS. Mega most notably advertises its feature that all files are encrypted locally before they are uploaded, and 50 GB of storage space are available for free on a one-month trial and up to 8 TB for paid accounts.

6. In my training and experience, I know that Mega is used by many child pornographers to share and download child pornography.

7. "Wickr" is an American software company based in New York City that is best known for its instant messenger application of the same name. The Wickr instant messaging app allow users to exchange end-to-end encrypted and content-expiring messages, including photos, videos and file attachments. The software is available for the iOS, Android, Mac, Windows, and Linux operating systems.

**PROBABLE CAUSE**

**KATEMCALLISTER@PROTONMAIL.COM**

8. In April 2020, HSI Detroit received a lead from the HSI Child Exploitation Investigation Unit (CEIU) regarding Mega.NZ account user 'katmcallister@protonmail.com' (hereinafter "Account #1"), who uploaded links to Mega that contain hundreds of images and videos of child pornography.

9. According the referral information provided to HSI Detroit, Account #1 accessed Mega on February 15, 2020, at 03:41:57 UTC and March 10, 2020, at 16:16:42 UTC. Two links containing hundreds of images and videos of child pornography were created February 15, 2020 at 03:43:13 UTC and March 10, 2020 at 16:18:32 UTC, respectively. HSI Detroit was able to confirm that Account #1 was the owner of both of those links.

10. Your affiant observed the contents of both links. These links contained images and videos of children as young as infants wearing diapers being sexually exploited by adult males. The following descriptions of videos are examples of what was contained within the links:

   a. <u>File Name: VID-20171113-WA0048</u>: This video is 4 minutes and 2 seconds in length. It is a compilation video set to music. The video compilation contains photographs and videos of prepubescent females performing oral sex on adult males, adult males ejaculating on the faces and/or mouths of prepubescent females, and a prepubescent female performing oral sex on a dog. The females are in different stages of dress in each video, from completely nude to fully clothed. Some of the females are wearing costumes. At the conclusion of the video, a message is displayed that reads "GREETZ FLY OUT TO ALL THE LITTLE COCK SUCKERS."

    b. <u>File name: VID-2017113-WA0050</u>: This video is 52 seconds in length. As the video begins, it depicts a prepubescent female who is laying on her back and being vaginally penetrated by an erect adult male penis while his thumb is stimulating her clitoris. The male uses his hand to rub the tip of his penis up and down the female's vagina before inserting his entire penis inside of her and engaging in vaginal sex. The genitals are the only visible parts visible throughout the length of the video.

    c. <u>File name: 3 yo Christy slurping daddy's</u>. This video is 1 minute and 37 seconds in length. It depicts a prepubescent female performing oral sex on an adult male for the entire length of the video.

All three videos meet the federal definition of child pornography.

11.   Account #1 was created on December 1, 2019 at 05:54:55 UTC. The user utilized an Apple iPad and Safari on Apple to access Mega. The user used a Virtual Private Network (VPN) for the majority of the logins on Mega. A VPN masks the IP address used such that locating the user is typically not possible. However, on March 10, 2020 at 16:16:42 UTC, an IP address of 45.22.47.169 was captured. This IP address was assigned to AT&T, Inc. in the United States.

12. A subpoena was administered to AT&T requesting subscriber information for the IP address 45.22.47.169 on March 10, 2020 at 16:16:42 UTC. AT&T reported the following information:

    CUSTOMER DETAIL
    Name:            SEAN MCCLANAHAM
    Account Number:  258780885
    Status:          A
    Address 1:       2**** ROSS ST
                     DEARBORN MI  48124-3144
    Address 2:       2**** ROSS DEARBORN MI  48124
                     DEARBORN MI  48124
    Email:
    Phone:           (248) 904-****

    IP USAGE

    IP Address:      Start Date (UTC)       End Date (UTC)
    45.22.47.169     03/10/2020 07:40AM

    The account was established on May 23, 2017.

### PATTYMCALLISTER, PATTY KAT, and PATTYKAT23

13. In October 2020, HSI Detroit Cyber received a lead from the HSI Child Exploitation Investigation Unit (CEIU) regarding Wickr account user "pattymccallister" (Account #2), who engaged in chats online about abusing minor aged children.

14. The profile picture for Account #2 depicts a minor age female with dark hair sucking her thumb while laying on her side. Between August 26, 2020, and September 1, 2020, Account #2 engaged in a chat on Wickr with an

6

undercover police officer (UC) where he/she claimed to be a 15-year-old from the United States who sexually abused two children he/she was babysitting when he/she was 12 years old. The user claimed the children were 14 months and two and half years old, and the abuse was mostly tickling raspberries, kissing, licking and a little fingering. The user stated his/her favorite ages were 0-5, and that they posted on "imgsrc" in kids. He/she was into "ageplay" and three was his/her ageplay age. The user also stated he/she was abused by his/her uncle from 4 to 8. The user confirmed with the UC that he/she was on proton and had a tutanota email address of "Kittymccallister23@tutanota.com", which was brand new and took 48 hours to become active.

15. During their chats, "pattymccallister" asked the UC "would you be interested in my amazon wish list? Anything you get me from there, I'll wear in photos." "Pattymccallister" added that another user recently sent him a stuffed dragon from that list (writing specifically, "he gots me a dragon."). The next communication from "pattymccallister" is a picture of a stuffed dragon around a tissue box on a white-topped dresser. In the picture, white curtains with a blue flower are visible and the dragon is near a framed poem/writing on the same dresser along with a bookmark. Blue walls are also visible in the picture.

7

16. Account #2 sent the UC a link to an Amazon wish list, which included children's toys, children's underwear, ageplay items and sex/bondage toys.

17. Account #2 stated he/she set up an "imgsrc" account but was banned for reposting pictures of themselves. Account #2 also asked the UC to send pictures of the UC's minor aged children. The profile picture for Account #2 had been changed to a minor aged child with orange/pink hair licking a sucker.

18. "IMGSRC" is a free photo-sharing website based in Russia. The site allows users to post images of any content. The UC was able to locate two Imgsrc.ru accounts with the username "pattykat" (Account #3) and "pattykat23" (Account #4). Account #4 had the same profile picture as Account #2 on Wickr.

19. Account #3 has the following details:

> Real Name: Kat is fine
> Joined on: 09-02-2020
> User Info: Wickr if you like pattymcallister

20. The e-mail address linked to Account #3 is "pattykat@tutanota.com", and has the following associated IP data:

> 09-02-2020 @ 14:27 (Moscow) at 45.22.47.169 (AT&T)
> 09-02-2020 @ 4:25 (Moscow) at 45.22.47.169 (AT&T)

21. Account #4 has the following details:

    a. Real Name: Patty

b. Joined On: 09-05-2020

22. The e-mail address linked to Account #4 is "pattykat23@protonmail.com", and has the following associated IP data:

> 09-05-2020 @ 04:58 (Moscow) from 45.22.47.169 (AT&T)
> 09-05-2020 4:31 (Moscow) from 45.22.47.169 (AT&T)

23. The IP address associated with Accounts #3 and #4 is the same IP address that Account #1 used to access the Mega website on March 10, 2020. A subpoena was administered to AT&T requesting subscriber information for the IP address 45.22.47.169. AT&T reported the same subscriber information (Sean McClanahan in Dearborn) as was reported for the IP address associated with Account #1.

24. A subpoena was administered to Amazon requesting subscriber information linked to the Amazon wish list sent by Account #2 to the UC. Amazon reported the following information:

> Account Information
> Name              Patty
> Customer since    08/25/2020
> Email             pattymcclanahan23@gmail.com
>
> Payment Information
> Issuer       Tail      Name
> Mastercard   4490      Sean McClanahan
>
> Address History
> Patty McClanahan
> 2**** ROSS ST
> DEARBORN, MI 48124-3144

9

    US
    Phone Number (248) 904-****
    Created On 08/25/2020

    Billing Address
    2**** ROSS ST, DEARBORN, MI, 48124-3144

    Created on
    10/24/2020

## SEARCH WARRANT EXECUTION

25. Based on all of this information, your affiant obtained a federal search warrant to search MCCLANAHAN's residence on Ross Street in Dearborn.

26. On February 3, 2021, personnel from HSI Detroit executed a federal search warrant at 2**** Ross Street, Dearborn, Michigan 48124. **Sean Patrick MCCLANAHAN** was encountered at the residence. No one else was at the residence.

27. During execution of the search warrant, agents observed pacifiers, diapers, stuffed animals, bondage items, baby bottles, and Sesame Street bottle.

28. Also during execution of the search warrant, agents observed a stuffed dragon matching the stuffed dragon that pattymccallister sent to the UC during their communications (see paragraph #15). Moreover, agents also observed the same tissue box, white topped dresser, white curtains with a blue flower, blue wall, bookmark, and framed poem/writing that were visible in the stuffed dragon picture sent to the UC as described in paragraph #15.

# III.
# CONCLUSION

29. Based on the foregoing, there is probable cause to believe that **Sean Patrick MCCLANAHAN** violated Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(b), which criminalize, among other things, the possession, receipt, and distribution of child pornography and other related materials. Your Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for **Sean Patrick MCCLANAHAN.**

Respectfully submitted,

Laura L. Trainer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me in my presence and/or by reliable electronic means on the ____th day of February 2021.      February 3, 2021

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

11